IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| YASSIN ABDULLAH KADI, | ) | |
| Plaintiff, | ) ) ) | Civil Action 09-0108 (JDB) |
| vs. | ) ) ) | |
| TIMOTHY GEITHNER, *et al.* | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING A CERTIFIED ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that Pursuant to Local Rule 5.4(e)(1), Defendants have filed the public Administrative Record in the above-captioned case in hard copy by sending it via Federal Express to the Clerk's Office on May 22, 2009, because the public Administrative Record exceeds 500 pages. Defendants have served a copy of the public Administrative Record on Plaintiff by sending it, this day, via Federal Express delivery, to:

    Mr. David F. Geneson, Esq.
    Sheppard, Mullin, Richter & Hampton LLP
    1300 I Street, N.W.
    11th Floor East
    Washington, DC  20005

Defendants have also, this day, sent a courtesy copy of the public Administrative Record to the Court by Federal Express delivery.

Dated:  May 22, 2009                        Respectfully submitted,

                                                    TONY WEST
                                                    Assistant Attorney General

                                                    DOUGLAS N. LETTER
                                                    Terrorism Litigation Counsel

SANDRA M. SCHRAIBMAN
Assistant Branch Director (D.C. Bar #188599)

  /s/ Eric J. Beane
ERIC J. BEANE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW., Room 7124
Washington, D.C.  20001
Telephone: (202) 616-2035
Fax: (202) 616-8470
Eric.Beane@usdoj.gov

*Counsel for Defendant*s