IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YASSIN ABDULLAH KADI, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action 09-0108 (JDB) |
| vs. | ) ) | |
| TIMOTHY GEITHNER, *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully call to the Court's attention a decision recently issued by the United States District Court for the District of Columbia. *See Zarmach Oil Servs. v. U.S. Dep't of the Treasury*, __ F. Supp. 2d __, 2010 WL 4627838 (D.D.C. Nov. 16, 2010) (Huvelle, J.). The *Zarmach* opinion reaches three legal conclusions that are relevant to this Court's present consideration of Defendants' dispositive motion: (1) that the U.S. Government is entitled to substantial deference when implementing economic sanctions regimes, *id*. at *3-4; (2) that a blocking action pursuant to the International Emergency Economic Powers Act does not constitute a taking under the Fifth Amendment, *id*. at *8; and (3) that a blocking action does not constitute "an unreasonable seizure contrary to the Fourth Amendment," *id*.

Dated: November 18, 2010         Respectfully submitted,

                                              TONY WEST
                                              Assistant Attorney General

                                              DOUGLAS N. LETTER
                                              Terrorism Litigation Counsel

SANDRA M. SCHRAIBMAN
Assistant Branch Director (D.C. Bar #188599)

   /s/ Eric J. Beane
ERIC J. BEANE (Arizona Bar #023092)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW., Room 7124
Washington, D.C.  20001
Telephone: (202) 616-2035
Fax: (202) 616-8470
Eric.Beane@usdoj.gov

*Counsel for Defendant*s